**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3066

_____

John P. Williams III, as Trustee of the          *
Phillip A. Taylor Revocable Living               *
Trust; John P. Williams III, as Personal         *
Representative of (Florida) Estate of            *
Phillip Allan Taylor,              *
                                   *
          Appellants,              *
                                   *
Jane Doe, as surviving mother of                         *
     Appeal from the United States
Phillip A. Taylor,                 *
District Court for the
                                   *
Eastern District of Missouri.
          Plaintiff,               *
                                    *
[UNPUBLISHED]
     v.                            *
                                   *
J. William Campbell, M.D.; Barnes                  *
Hospital; Washington University;                   *
Barnes-Jewish Hospital, Inc.,   *
                                   *
          Appellees.               *

_____

                         Submitted:  November 5, 1997
                              Filed:  December 10,
1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

John P. Williams III, personal representative for the Florida estate of Phillip A. Taylor, appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of Williams's complaint against J. William Campbell, M.D., Barnes-Jewish Hospital, and Washington University; Williams also appeals the denial of his Federal Rule of Civil Procedure 59(e) and 60(b) motions. After de novo review, see County of St. Charles v. Missouri Family Health Council, 107 F.3d 682, 684 (8th Cir.), cert. denied, 118 S. Ct. 160 (1997), we affirm for the reasons stated by the district court.

We find no abuse of discretion in the denial of Williams's Rule 59(e) and 60(b) motions. See Twin City Constr. Co. v. Turtle Mountain Band of Chippewa Indians, 911 F.2d 137, 139 (8th Cir. 1990) (Rule 59(e) standard of review); Sanders v. Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988) (Rule 60(b) standard of review). See 8th Cir. R. 47B.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.